UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

APRIL COLLINS,

    Plaintiff,

v.                                          Case No: 8:22-cv-776-CEH-AEP

KRUSHIMI TWO, LLC,

    Defendant.
_____

## ORDER

The Court has been advised by the Notice of Settlement (Doc. 11) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), M.D.Fla., it is

**ORDERED** that this case be **administratively closed** pending receipt, within **sixty (60) days** from the date of this Order, of either a Joint Notice of Voluntary Dismissal, or a Joint Motion to Approve Proposed FLSA Settlement. If the claims were resolved without compromise, a joint motion to approve FLSA settlement is unnecessary. In its place, the parties are directed to file a notice of dismissal indicating that the claims have been resolved without compromise.

**DONE and ORDERED** at Tampa, Florida this 18th day of May, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record