UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

APRIL COLLINS,

    Plaintiff,

v.                                          Case No: 8:22-cv-776-CEH-AEP

KRUSHIMI TWO, LLC,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation, filed by Magistrate Judge Anthony E. Porcelli on June 2, 2022 (Doc. 14). In the Report and Recommendation, Magistrate Judge Porcelli recommends that the Court grant the parties' Joint Motion for Stipulated Judgment Approving FLSA Settlement Agreement (Doc. 13). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 14) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion for Stipulated Judgment Approving FLSA Settlement Agreement (Doc. 13) is **GRANTED**.  The Settlement Agreement (Doc. 13 - 1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.  The parties are ordered to comply with the terms of the Settlement Agreement.

(3) This action is **DISMISSED**, with prejudice.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** in Tampa, Florida on June 21, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record